UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE O. ROTA,

                Plaintiff,

-against-

CP UNLIMITED OF NEW YORK STATE,

                Defendant.

23-CV-9675 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On November 1, 2023, Plaintiff Joyce O. Rota commenced this action and requested permission to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (ECF 2.) Because Plaintiff's IFP application demonstrated entitlement to IFP status under 28 U.S.C. § 1915, by order dated November 3, 2023, the Court granted Plaintiff's request to proceed IFP. (ECF 3.) On or about November 6, 2023, the Court received a check from Plaintiff in the amount of $425.00 for the fees in this action.

    As an initial matter, the cost to bring a civil action in this court is $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Plaintiff's $425.00 check therefore exceeds the amount required to bring a civil action. In any event, the Court had already granted Plaintiff's IFP application at the time she paid the fees.[1]

---

[1] If Plaintiff paid the fees because she believes the application she submitted to obtain IFP status is inaccurate, she shall so notify the Court within 14 days of the date of this order.

2

      Accordingly, the Clerk of Court is directed to return to Plaintiff her check for $425.00.

SO ORDERED.

Dated:   November 6, 2023
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge