MEMO ENDORSED

**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2026

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

March 17, 2026

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Status Teleconf. from Apr. 23, 2026 to July 17, 2026 at 10:00 am is GRANTED. Counsel are directed to ECF No. 50 for dial-in directions. Clerk of Court is directed to terminate the motion at ECF No. 53.**
**Dated: March 17, 2026**

**VIA ECF AND FACSIMILE**

Hon. Nelson S. Román
U.S. District Court, Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150
Facsimile: (914) 390-4179

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   Rota v. United Cerebral Palsy Associations of New York State, Inc.
      No. 7:23-cv-09675-NSR-AEK

Your Honor:

        We are counsel for Defendant United Cerebral Palsy Associations of New York State, Inc. d/b/a Constructive Partnerships Unlimited in the above-referenced matter.  We write pursuant to the Order of Magistrate Judge Andrew E. Krause, dated February 11, 2026 (ECF Dkt. 52), and jointly with counsel for Plaintiff Joyce O. Rota, to respectfully request that the Court adjourn the case management conference currently scheduled for April 23, 2026, until after the completion of discovery.

        Magistrate Judge Krause extended the deadline for completion of all discovery until June 15, 2026. *See* ECF Dkt. 52. Accordingly, the Parties respectfully request that the Court adjourn the April 23, 2026 case management conference until after that date. This is the parties' first request to adjourn the case management conference.

        Counsel for Plaintiff is traveling overseas from June 15 until July 15, 2026.  Accordingly, the parties respectfully propose the following alternate conference dates: July 17, July 23, and July 24, 2026.

PADUANO & WEINTRAUB LLP

Hon. Nelson S. Román
March 17, 2026
Page 2

We thank the Court for considering this request.

Respectfully submitted,

/s/ Bryan Carr Olert

Bryan Carr Olert

Cc:     Japheth Nthautha Matemu, Esq. (via ECF)

2