USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/02/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE O. ROTA,

Plaintiff,

-against-

UNITED CEREBRAL PALSY ASSOCIATIONS OF NEW YORK STATE, INC. D/B/A/ CONSTRUCTIVE PARTNERSHIPS UNLIMITED,

Defendants.

No. 23 Civ. 9675 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

In light of the Court's August 27, 2026 Order setting a briefing schedule for Defendant's anticipated motion for summary judgment, the status conference scheduled for September 8, 2026 at 10:00 a.m. is ADJOURNED sine die. The parties shall comply with the briefing schedule at ECF No. 77.

Dated: September 2, 2026
White Plains, New York

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE